USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _7/19/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA          :
                                  :        22 Crim. 368 (VM)
    - against -                   :
                                  :        **REFERRAL ORDER**
JOSE SANTANA,                     :
                                  :
                    Defendant.    :
-------------------------------------X

**VICTOR MARRERO, United States District Judge.**

   The Court is in receipt of Defendant Jose Santana's letter motion requesting bail. (See Dkt. No. 21.) It is the Court's practice to refer such requests to the Magistrate Court. The Court hereby refers the matter to the Magistrate Court and the parties are directed to proceed accordingly.

**SO ORDERED.**

Dated:    New York, New York
          July 19, 2022

                                        _____
                                        Victor Marrero
                                        U.S.D.J.