**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

        - against -

JOSE SANTANA,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

**22 CR 368 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The status conference scheduled for November 4, 2022 is hereby adjourned until January 6, 2023 at 11:00 a.m. All parties to this action consent to an exclusion of time from the Speedy Trial Act until January 6, 2023.

It is hereby ordered that time until January 6, 2023 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated:    October 17, 2022
            New York, New York

_____
Victor Marrero
U.S.D.J.