USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

            - against -

JOSE SANTANA,

                        Defendant.

22 Cr. 368 (VM)

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

Defendant Jose Santana's sentencing in this matter is currently scheduled for April 30, 2024. On consent of the parties, the Court hereby adjourns that sentencing proceeding to **<u>May 17, 2024, at 3:00 P.M</u>**.

**SO ORDERED.**

Dated:    21 March 2024
            New York, New York

                                                      Victor Marrero
                                                        U.S.D.J.