Case 1:22-cr-00368-VM     Document 63     Filed 05/19/25     Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

JOSE SANTANA,

                Defendant.

**22 CR 368 (VM)**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

    On May 14, 2025, the Second Circuit granted the Government's motion, vacating defendant Jose Santana's sentence and remanding to this Court to conduct a plenary resentencing. (<u>See</u> Dkt. No. 62.) Accordingly, the Court directs the parties to inform it of their positions regarding whether the parties intend to submit new sentencing submissions, whether the parties intend to seek an updated pre-sentence investigation report, and proposed dates for sentencing.

**SO ORDERED.**

Dated:    19 May 2025
            New York, New York

                                            _____
                                                Victor Marrero
                                                   U.S.D.J.