USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   - against -<br><br>JOSE SANTANA,<br>      Defendant. | **22 CR 368 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

  On May 19, 2025, this Court ordered the parties to inform it of their positions regarding whether they intend to submit new sentencing submissions and seek an updated pre-sentence investigation report, as well as to inform the Court of proposed dates for resentencing. (<u>See</u> "May 19 Order," Dkt. No. 63.) As of the publication of the instant Order, the parties have not informed the Court of their positions. Accordingly, the Court hereby **ORDERS** the parties to show cause within one (1) week of the instant Order why they have not complied with the May 19 Order and why sanctions for failure to respond would not be warranted.

**SO ORDERED.**

Dated:  6 June 2025
     New York, New York

                  _____
                     Victor Marrero
                       U.S.D.J.