```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

- against -

JOSE SANTANA,

                Defendant.

**22 CR 368 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Court is in possession of the parties' joint letter dated June 6, 2025. (See Dkt. No. 65.) Accordingly, the Court hereby grants the parties' request to submit brief supplemental sentencing submissions. The Court schedules sentencing for October 31, 2025, at 10:00 AM. The Court finds that sanctions are unnecessary at this time.

**SO ORDERED.**

Dated:    9 June 2025
            New York, New York

                                                _____
                                                    Victor Marrero
                                                          U.S.D.J.